# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUHAMEL BROADCASTING ENTERPRISES, ) ) ) | |
| Plaintiff, ) ) | |
| ) | 8:06CV357 |
| vs. ) ) | |
| ) | ORDER |
| MARKEL AMERICAN INSURANCE COMPANY, ) ) ) | |
| Defendant. ) | |

On the oral motion of counsel for the defendant and with said counsel's representation that no other party objects to the request, the telephone planning conference previously set for December 28, 2006, at 10:00 a.m. is cancelled and is **rescheduled for January 3, 2007, at 10:00 a.m.** before the undersigned magistrate judge. Defendant's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 27th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge