# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DUHAMEL BROADCASTING ENTERPRISES,** ) ) ) | |
| Plaintiff, ) ) | **8:06CV357** |
| vs. ) ) | **ORDER** |
| **MARKEL AMERICAN INSURANCE,** ) ) | |
| Defendant. ) | |

This matter is before the court following a telephone conference with counsel for the parties on January 3, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **January 31, 2007** at **9:00 a.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 3rd day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge