IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DUHAMEL BROADCASTING ENTERPRISES,**<br><br>           **Plaintiff,**<br><br>vs.<br><br>**MARKEL AMERICAN INSURANCE,**<br><br>           **Defendant.** | 8:06CV357<br><br>ORDER |

    This matter is before the court following a telephone conference with counsel for the parties on February 9, 2007.  David A. Blagg represented the plaintiff and Jerald L. Rauterkus represented the defendant.  The parties have filed a stipulation with regard to the progression of the case (Filing No. 48).  Based upon the representation of counsel regarding the content of such stipulation, the **telephone** planning conference in this matter is continued to **March 19, 2007, at 10:00 a.m.**.  Plaintiff's counsel shall initiate the telephone conference.

    **IT IS SO ORDERED.**

    DATED this 9th day of February, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge
