**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DUHAMEL BROADCASTING ENTERPRISES,** | ) ) ) | **8:06CV357** |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| **MARKEL AMERICAN INSURANCE,** | ) ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on March 19, 2007. Since this case depends on the disposition of the consolidated cases of ***Fireman's Fund v. Structural Systems Technology, Inc.***, No. 8:03CV341 (D. Nebr.), and ***Structural Systems Technology, Inc. V. National Fire & Marine Insurance Company, et al.***, No. 8:04CV194 (D. Nebr.), and the judgment on those matters having been appealed to the United States Court of Appeals for the Eighth Circuit, the planning conference and all other proceedings in this matter is stayed pending the disposition of the appeal. Ten working days following the filing of the mandate from the Eighth Circuit, counsel for the plaintiff shall initiate a telephone conference with opposing counsel and the undersigned magistrate judge for the purpose of scheduling this matter to disposition.

**IT IS TO ORDERED.**

DATED this 19th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge