IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUHAMEL BROADCASTING ENTERPRISES, | ) ) ) | CASE: 8:06-cv-00357 |
| Plaintiff, | ) ) | |
| -vs- | ) ) | **ORDER FOR DISMISSAL** |
| MARKEL AMERICAN INSURANCE, COMPANY, | ) ) ) | **WITH PREJUDICE** |
| Defendant. | ) ) | |

**THIS MATTER** comes before the Court on the Motion of the plaintiff (Filing No. 51) herein, Duhamel Broadcasting Enterprises, for dismissal of this action with prejudice to a new cause of action, each party to pay their own costs and attorneys fees.

**WHEREFORE**, this matter is dismissed with prejudice to a new cause of action, each party to bear their own costs and attorneys fees.

Dated this 26th day of  September, 2008.

BY THE COURT:


**s/Joseph F. Bataillon**
Honorable Joseph F. Bataillon
United States District Court Judge

1